**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
In Re:                                                                  Chapter 11

**25 JAY STREET LLC,**                                       Case No.: 23-44083 (ESS)

                              Debtor.
-----------------------------------------------------------X

## **CERTIFICATION OF RESOLUTION**

Joseph Torres, as managing member of 25 Jay Street LLC (the "Company"), does hereby certify that at a meeting of the members of the Company duly called and held on November 7, 2023, the following resolutions were adopted and recorded in the Minute Book of the Company, and they have not been modified or rescinded, and are still in full force and effect:

> "**RESOLVED,** that in the judgment of the Company it is desirable and in the best interest of the Company, its creditors, members and other interested parties, that a petition be filed by the Company for relief under Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"); and it is further
>
> "**RESOLVED,** that the form of petition under Chapter 11 presented to this meeting is approved and adopted in all respects, and that Joseph Torres, as managing member of the Company, is authorized to execute and verify a petition substantially in such form and to cause the same to be filed with the United States Bankruptcy Court for the Eastern District of New York at such time as he shall determine; and it is further
>
> "**RESOLVED,** that Joseph Torres, as managing member of the Company, is authorized to execute and file all petitions, reorganization schedules, lists and other papers and to take any and all other actions which he may deem necessary or proper in connection with such Chapter 11 case, and, in that connection, that the firm of Shafferman & Feldman be retained and employed as legal counsel for the LLC under a general retainer, in addition to such special counsel as may hereafter become necessary or

> proper with a view to the successful conclusion of such Chapter 11 case."

**IN WITNESS WHEREOF,** I have hereunto set my hand and seal of the Company this 7th day of November, 2023.

        25 JAY STREET LLC


        By: /S/ Joseph Torres
            Joseph Torres
            Managing Member