**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re                                       :    Chapter 11
                                            :
25 JAY STREET, LLC,                         :    Case No. 23-44083 (ESS)
                                            :
                        Debtor.             :
                                            :
------------------------------------------------------------x

**NOTICE OF ADJOURNED HEARING ON MOTION OF LENDER FOR ENTRY OF AN ORDER APPROVING THE DISCLOSURE STATEMENT TO LENDER'S CHAPTER 11 PLAN OF LIQUIDATION AND ESTABLISHING SOLICITATION PROCEDURES AND RELATED DEADLINES**

PLEASE TAKE NOTICE, that on December 9, 2024, Wells Fargo Bank, National Association, as Trustee for the benefit of the registered holders of Benchmark 2020-B17 Mortgage Trust, Commercial Mortgage Pass-Through Certificates, Series 2020-B17 (the "Lender"), filed the *Motion of Lender for Entry of an Order Approving the Disclosure Statement to Lender's Chapter 11 Plan of Liquidation, and Establishing Solicitation Procedures and Related Deadlines* (the "Motion").

PLEASE TAKE FURTHER NOTICE that the Motion was scheduled for a hearing to be held on January 9, 2025, at 10:30 a.m. (ET).

PLEASE TAKE FURTHER NOTICE that the hearing on the Motion has been adjourned to **February 13, 2025, at 3:00 p.m. (ET)**, or as soon thereafter as counsel may be heard, before the Honorable Elizabeth S. Stong, United States Bankruptcy Judge, at the United States Bankruptcy Court, Eastern District of New York, Conrad B. Duberstein U.S. Courthouse, 271-C Cadman Plaza East, Brooklyn, NY 11201-1800, **via Cisco Webex**.

**PLEASE TAKE FURTHER NOTICE, parties that wish to appear at the hearing are required to register their appearance by 4:00 p.m. the day prior to the scheduled**

**hearing utilizing the Electronic Appearance Portal https://ecf.nyeb.uscourts.gov/cgi-bin/eCourtAppearances.pl located on the Court's website**.

Dated: January 22, 2025            Respectfully submitted,

                                         */s/ Laurel D. Roglen*
                                         Matthew G. Summers*
                                         Laurel D. Roglen
                                         Ballard Spahr LLP
                                         919 N. Market Street, 11th Floor
                                         Wilmington, Delaware 19801
                                         Tel: (302) 252-4428
                                         Email: roglenl@ballardspahr.com
                                                        summersm@ballardspahr.com

                                         (*Admitted *Pro Hac Vice*)

                                         *Attorneys for Wells Fargo Bank, National Association, as Trustee for the benefit of the registered holders of Benchmark 2020-B17 Mortgage Trust, Commercial Mortgage Pass-Through Certificates, Series 2020-B17*