# MONTHLY REPORT NOTES AND COMMENTS

25 JAY STREET LLC
United States Bankruptcy Court for the Eastern District of New York
Case Number 23-44083 (ESS)

<u>EXHIBIT A – Explanation to Questionnaire specifically Sections 1-9</u>

4.  Did you pay your employees on time?

    - There is one employee for this building, the superintendent, who has been paid on time.

25 JAY STREET LLC
United States Bankruptcy Court for the Eastern District of New York
Case Number 20-44083 (ESS)

EXHIBIT B – Explanation to Questionnaire specifically 10-18

15. Have you borrowed money from anyone or has anyone made any payments on your behalf?

- The Debtor has borrowed no money other than the outstanding mortgage debt with Wells Fargo and the SBA Loan.

25 JAY STREET LLC
United States Bankruptcy Court for the Eastern District of New York
Case Number 20-44083 (ESS)

<u>EXHIBIT C – Total Monthly Cash Receipts</u>

| Date | Tenant Name | Rental Income | Unit # |
|------|-------------|---------------|--------|
| See itemization of Cash Receipts in the attached Bank Reconciliation Report |

$164,832.39

NOTE:

25 JAY STREET LLC
United States Bankruptcy Court for the Eastern District of New York
Case Number 20-44083 (ESS)

EXHIBIT D – Total Cash Disbursements

| Date | Payee | Purpose | Amount |
|------|-------|---------|--------|

See attached itemization of Cash Disbursement in Bank Reconciliation Report

$ 76,413.84

NOTE:

25 JAY STREET LLC
United States Bankruptcy Court for the Eastern District of New York
Case Number 20-44083 (ESS)

EXHIBIT E – Current month unpaid bills

| Vendor Name | Purpose | Amount |
|---|---|---|
| See attached A/P Aging Schedule | | $225,930.59 |

25 JAY STREET LLC
United States Bankruptcy Court for the Eastern District of New York
Case Number 20-44083 (ESS)

EXHIBIT F – Accounts receivable

| Date | Tenant Name | Total Rental Income | Unit # |
|---|---|---|---|

See attached accounts receivable schedule, which itemizes the total receivable due from tenants.

```
        ---------------
        $ 39,921.62
        =========
```

# RENT ROLL

## 25 JAY STREET BROOKLYN, NEW YORK
### CURRENT RENT ROLL
#### As prepared December 31, 2024

| Unit Number | Tenant Name | Unit Type | Monthly | Annual | Sq Ft | Lease Start | Lease End | $PSF |
|---|---|---|---|---|---|---|---|---|
| 100 | Melville House Publishers | C | $11,675 | $140,104 | 1,898 | 03/01/15 | 02/28/25 | $73.82 |
| 101 | H.E.A.L LLC C/O Kimberly Atkinson | C | $13,261 | $159,132 | 2,300 | 11/01/20 | 10/31/25 | $69.19 |
| 102 | The K9 Butcher LLC | C | $4,500 | $54,000 | 2,000 | 05/01/24 | 04/30/29 | $27.00 |
| 103 | Bandit Studio LLC | C | $7,000 | $84,000 | 2,746 | 09/01/17 | 08/31/25 | $30.59 |
| 104 | Lanningsmith Studio LLC | C | $7,500 | $90,000 | 5,622 | 11/01/22 | 11/30/26 | $16.01 |
| **Totals 1st Floor (4) Units** | | | **$43,936** | **$527,236** | **14,566** | | | **$36.20** |
| 200 | Zachary Gibson & Morgan Tracy | R | $3,500 | $42,000 | 600 | 12/01/24 | 11/30/25 | $70.00 |
| 201 | David Mendola | R | $4,750 | $57,000 | 1,150 | 11/01/23 | 10/31/25 | $49.57 |
| 202 | Pedro Cruz & Katherine Gordan | * R | $1,558 | $18,696 | 1,150 | 11/01/02 | LOFT | $16.26 |
| 204 | Elizabeth Cathcart | R | $4,000 | $48,000 | 1,250 | 03/24/24 | 03/31/25 | $38.40 |
| 205 | Noinin Gilbert | R | $3,500 | $42,000 | 1,320 | 06/01/23 | 05/31/25 | $31.82 |
| 206 | Olivia Baseman & Mark Allen Veltman | * R | $1,165 | $13,980 | 1,450 | 01/01/06 | LOFT | $9.64 |
| 207 | Dana Sass | R | $4,200 | $50,400 | 940 | 02/01/22 | 04/30/25 | $53.62 |
| 208 | Brian J Whiton | R | $4,500 | $54,000 | 940 | 11/01/21 | 10/31/25 | $57.45 |
| 209 | Farrah Rotman | R | $3,150 | $37,800 | 600 | 03/01/24 | 02/28/25 | $63.00 |
| **Totals 2nd Floor (9) Units** | | | **$30,323** | **$363,876** | **9,400** | | | **$38.71** |
| 300 | Cara Lee Sparry | * R | $959 | $11,508 | 2,000 | 01/01/04 | LOFT | $5.75 |
| 301 | Marcus DePaula | R | $3,350 | $40,200 | 1,400 | 03/15/14 | 03/31/25 | $28.71 |
| 304 | Martin Bourne - I'm Lucky Pierre | * R | $1,946 | $23,352 | 1,800 | 01/01/02 | LOFT | $12.97 |
| 305 | Patrick Gilligan | R | $3,500 | $42,000 | 600 | 02/28/25 | 02/28/25 | $70.00 |
| 307 | Keelan Boyle & Sarah Lotvin | R | $5,500 | $66,000 | 1,200 | 09/01/24 | 08/31/25 | $55.00 |
| 308 | Amir Mustefa | R | $4,200 | $50,400 | 900 | 07/01/24 | 06/30/25 | $56.00 |
| 309 | Shay Grimley, Ariella Arazi | R | $4,685 | $56,220 | 900 | 07/01/22 | 06/30/25 | $62.47 |
| 310 | Joshua Liebowitz | R | $3,500 | $42,000 | 600 | 01/01/24 | 03/31/25 | $70.00 |
| **Totals 3rd Floor (8) Units** | | | **$27,640** | **$331,680** | **9,400** | | | **$35.29** |
| 402 | Corey Cano | R | $3,360 | $40,320 | 663 | 06/01/23 | 05/31/25 | $60.81 |
| 403 | Joshua Klitts | R | $3,300 | $39,600 | 663 | 05/01/23 | 04/30/25 | $59.73 |
| 405 | Dominic Iandoil, Veronica Csak | R | $4,300 | $51,600 | 1,000 | 06/01/22 | 05/31/25 | $51.60 |
| 406 | Daniel Liss | R | $4,900 | $58,800 | 1,000 | 03/01/23 | 02/28/25 | $58.80 |
| 407 | Dung Tran | R | $3,900 | $46,800 | 900 | 04/01/24 | 03/31/25 | $52.00 |
| 408 | Nicholas A. Oxley | R | $4,700 | $56,400 | 1,104 | 07/01/20 | 07/31/25 | $51.09 |
| 409 | Nakguyn Im | R | $3,200 | $38,400 | 662 | 09/01/13 | 07/31/25 | $58.01 |
| 410 | Miles Thresher | R | $3,200 | $38,400 | 662 | 11/01/22 | 11/30/25 | $58.01 |
| 411 | Willian J Balcom & Hadley Potts | R | $3,500 | $42,000 | 622 | 07/15/21 | 07/31/25 | $67.52 |
| 412 | Carla Quinonez | R | $3,500 | $42,000 | 924 | 12/01/24 | 11/30/25 | $45.45 |
| 413 | Hannabeth Lagerlof | R | $3,850 | $46,200 | 600 | 09/01/23 | 09/30/25 | $77.00 |
| 414 | Anup Dajl | R | $3,750 | $45,000 | 600 | 10/15/22 | 10/31/25 | $75.00 |
| **Totals 4th Floor (12) Units** | | | **$45,460** | **$545,520** | **9,400** | | | **$58.03** |
| 500 | *** Vacant *** | R | $0 | $0 | 1,280 | 10/01/11 | BUYOUT | $0.00 |
| 502 | Steven West & Kathlin Argiro | * R | $965 | $11,580 | 1,410 | 01/01/14 | LOFT | $8.21 |
| 503 | Nancy Radloff | * R | $1,723 | $20,676 | 1,410 | 10/01/06 | LOFT | $14.66 |
| 504 | Kip Frace Jacobs | SUPER | $0 | $0 | 1,960 | SUPER'S UNIT | | $0.00 |
| 505 | Natalia Landowska | R | $6,500 | $78,000 | 1,960 | 02/02/24 | 01/31/25 | $39.80 |
| 510 | Kirac Sogutlu | R | $4,900 | $58,800 | 780 | 04/01/23 | 03/31/25 | $75.38 |
| 511 | Josef A Cohen | R | $3,750 | $45,000 | 600 | 10/01/24 | 09/30/25 | $75.00 |
| **Totals Fifth Floor (6) Units** | | | **$17,838** | **$214,056** | **9,400** | | | **$22.77** |
| **GRAND TOTALS:** | | | **$165,197** | **$1,982,368** | **52,166** | | | **$38.00** |

Note:
* Denotes Loft Tenants, stablized or below market rents
500 - New Tenant starts 2/10/2025 monthly rent $4,200 per month

# ACCOUNTS RECEIVABLE

# Delinquent Tenants

As of 12/31/2024, Future/Current tenants

## 25 Jay Street LLC

| Unit | Tenant | Last payment | Total | 0-30 days | 31-60 days | 61-90 days | 91+ days |
|---|---|---|---|---|---|---|---|
| 100 | Melville House Publishers ., c/o Valerie M erians & Dennis Johnson | 22 days 12/9/2024 | 1,284.28 | 1,284.28 | 0.00 | 0.00 | 0.00 |
| 205 | Noinin Gilbert | 22 days 12/9/2024 | 385.00 | 385.00 | 0.00 | 0.00 | 0.00 |
| 206 | Mark A Veltman, Olivia Baseman | 21 days 12/10/2024 | 60.50 | 60.50 | 0.00 | 0.00 | 0.00 |
| 207 | Dana Sass | 0 days 12/31/2024 | 4,898.57 | 4,898.57 | 0.00 | 0.00 | 0.00 |
| 300 | Cara Lee Sparry | 18 days 12/13/2024 | 100.00 | 100.00 | 0.00 | 0.00 | 0.00 |
| 304 | Martin Bourne | 175 days 7/9/2024 | 19,903.02 | 1,996.16 | 1,996.16 | 50.00 | 15,860.70 |
| 308 | Amir Mustefa | 18 days 12/13/2024 | 420.00 | 420.00 | 0.00 | 0.00 | 0.00 |
| 402 | Corey Cano | 26 days 12/5/2024 | 3,799.04 | 3,705.37 | 93.67 | 0.00 | 0.00 |
| 405 | Dominic Iandoli, Veronica Csak | 22 days 12/9/2024 | 200.00 | 200.00 | 0.00 | 0.00 | 0.00 |
| 410 | Miles Thresher | 27 days 12/4/2024 | 100.00 | 100.00 | 0.00 | 0.00 | 0.00 |
| 412 | Carla Quinonez | none received | 7,000.00 | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
| 505 | | 428 days 10/30/2023 | 2,106.45 | 0.00 | 0.00 | 0.00 | 2,106.45 |
| **Total for 25 Jay Street LLC** | | | **$40,256.86** | **$16,649.88** | **$5,589.83** | **$50.00** | **$17,967.15** |
| **Grand total for all properties** | | | **$40,256.86** | **$16,649.88** | **$5,589.83** | **$50.00** | **$17,967.15** |

## Delinquent Tenants

As of 12/31/2024, Future/Current tenants

**Summary**

| Property | Total | Aged balances | | | |
| --- | --- | --- | --- | --- | --- |
| | | 0-30 days | 31-60 days | 61-90 days | 91+ days |
| 25 Jay Street LLC | 40,256.86 | 16,649.88 | 5,589.83 | 50.00 | 17,967.15 |
| **Grand total for all properties** | **$40,256.86** | **$16,649.88** | **$5,589.83** | **$50.00** | **$17,967.15** |

# ACCOUNTS PAYABLE

2:47 PM
02/12/25

# 25 Jay Street LLC
## A/P Aging Summary
As of December 31, 2024

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| Berger, Fishoff, Shumer, Wexler & Goodman | 0.00 | 0.00 | 0.00 | 3,375.00 | 12,058.82 | 15,433.82 |
| Clinton Hill Hardware | 0.00 | 245.99 | 404.19 | 1,177.90 | 3,622.65 | 5,450.73 |
| Dreamspace NY | 0.00 | 0.00 | 0.00 | 9,415.00 | 0.00 | 9,415.00 |
| Eastern Elevator of New York | 0.00 | 0.00 | 326.63 | 326.63 | 3,783.44 | 4,436.70 |
| Eddies Plumbing Supplies | 0.00 | 0.00 | 0.00 | 1,137.57 | 263.48 | 1,401.05 |
| GUMA Construction Corp. | 272.19 | 0.00 | 0.00 | 0.00 | -0.19 | 272.00 |
| Idi Magassa | 0.00 | 0.00 | 0.00 | 0.00 | 6,672.26 | 6,672.26 |
| Kip Jacobs- | 68.58 | 0.00 | 0.00 | 0.00 | 400.00 | 468.58 |
| KUCKER MARINO WINIARSKY & BITTEN... | 0.00 | 0.00 | 3,254.00 | 0.00 | 130,283.16 | 133,537.16 |
| Linda Rjesmiowiecki | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| LLoyd's Termite & Pest Control Inc. | 0.00 | 0.00 | 385.00 | 385.00 | 385.00 | 1,155.00 |
| Marcum LLP | 0.00 | 0.00 | 0.00 | 0.00 | 2,575.00 | 2,575.00 |
| Meltzer/Costa Architects, LLP | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Morrison Cohen LLP | 0.00 | 0.00 | 0.00 | 0.00 | 8,510.00 | 8,510.00 |
| PC Richards | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Podell,Schwartz, Schechter & Banfield LLP | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Scarano Architects | 0.00 | 0.00 | 0.00 | 0.00 | 26,600.00 | 26,600.00 |
| Sovereign Bank | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Verizon# 251-552-623-0001-85 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL | 340.77 | 245.99 | 4,369.82 | 15,817.10 | 195,153.62 | 215,927.30 |