*BANK RECONCILIATION*

# 25 JAY STRET LLC
## FLAGSTAR BANK - OPERATING ACCOUNT
Bank Reconciliation as of December 31st, 2024

G/L # 10015                                                                Acct Number: **1500-529756**

| | | |
|---|---:|---:|
| Balance per books  **12/01/2024** | | 375,041.21 |
| | | 175,794.90 |
| **CASH RECEIPTS** | | |
| Residential Tenant Receipts | 115,321.56 | |
| Commercial Tenant Receipts | 54,786.34 | |
| Addt SD# 101 H.E.A.L NY LLC | 386.00 | |
| Security Depsoit | - | |
| Last Month Rent | - | |
| Utility Fee# 209 Farrah Rotman | 100.00 | |
| Utility Fe# 413 Hannabeth Lagerloff | 165.00 | |
| Nationwide | 661.00 | |
| Late Fee | - | |
| Late Fee# 511 Josef A Cohen | 375.00 | |
| Jay Street Office LLC | - | |
| Online Xfer from# 3818 - Alfie Hospitality Group | 4,000.00 | |
| | | (79,447.37) |
| **CASH DISBURSEMENTS** | | |
| Checks # **350258- 350267** | 17,029.68 | |
| NYS DTF PIT | - | |
| NYC Buildings DOB | - | |
| Con Edison | 2,417.69 | |
| Flood Insurance Premium | - | |
| PFS Financing Corp | - | |
| Midland Loan Services (PNC) | 60,000.00 | |
| NYC Dept of Fina NYCDOF PTX | - | |
| Acrisure Insurance Partners | - | |
| Return Check# 206 Olivia J Baseman | - | |
| Returned Deposit Fee | - | |
| | | |
| **ADJUSTMENTS** | | - |
| | - | |
| BALANCE PER BOOKS  12/31/2024 | | 471,388.74 |
| Outstanding Checks | | 524.72 |
| | | - |
| ADJUSTED BALANCE:  12/31/2024 | | 471,913.46 |
| BALANCE PER BANK  12/31/2024 | | 471,913.46 |

Cash Receipt
## 25 Jay Street LLC
DECEMBER, 2024

| Date | Tenants Name | Total Income | Residential Inc | Commercial Inc | Other | Details | Unit # |
|---|---|---|---|---|---|---|---|
| 12/02/24 | Bandit Studio LLC | 14,350.00 | | 7,000.00 | | | 103 |
| | Anup Daji | | 3,750.00 | | | | 414 |
| | RKO Studios Inc | | 3,600.00 | | | | 500 |
| 12/03/24 | Nationwide | 661.00 | | | 661.00 | Policy No# ACP CG 010320165106B | |
| 12/04/24 | H.E.A.L NY LLC | 13,647.00 | | 13,261.00 | 386.00 | Addt SD | 101 |
| 12/04/24 | David M Mendola | 8,100.00 | 4,750.00 | | | | 201 |
| | Brooklyn Experience Lab LLC | | | 3,350.00 | | | 301 |
| 12/04/24 | Joshua B Kitts | 13,000.00 | 3,300.00 | | | | 403 |
| | Miles Thresher | | 3,200.00 | | | | 410 |
| | Lemolab LLC | | 6,500.00 | | | | 505 |
| 12/04/24 | Katherine Gordon | 11,358.11 | 1,558.11 | | | | 202 |
| | Daniel Liss | | 4,900.00 | | | | 406 |
| | Kirac Sogutlu | | 4,900.00 | | | | 510 |
| 12/05/24 | Nancy P Levy | 8,331.72 | 1,721.72 | | | | 503 |
| | Corey L Cano | | 3,360.00 | | | | 402 |
| | Farah Rottman | | 3,150.00 | | 100.00 | Utility Fee | 209 |
| 12/05/24 | The K9 Butcher LLC | 4,500.00 | | 4,500.00 | | | 102 |
| 12/06/24 | Joshua A Liebowitz | 3,250.00 | 3,250.00 | | | | 310 |
| 12/09/24 | Melville House Publishing LLC | 18,675.34 | | 11,675.34 | | | 100 |
| | Zachary R Gibson | | 3,500.00 | | | | 200 |
| | Patrick J Gilligan | | 3,500.00 | | | | 305 |
| 12/09/24 | Elizabeth Cathcart | 12,000.00 | 4,000.00 | | | | 204 |
| | Noinin E Gilbert | | 3,500.00 | | | | 205 |
| | Brian J Whiton | | 4,500.00 | | | | 208 |
| 12/09/24 | Keelan G Boyle | 14,085.00 | 5,500.00 | | | | 307 |
| | Shay J Grimley | | 4,685.00 | | | | 309 |
| | Dung K Tran | | 3,900.00 | | | | 407 |
| 12/09/24 | Hannabeth Lagerlof | 13,015.00 | 3,850.00 | | 165.00 | Utility Fee | 413 |
| | Nicholas A Oxley | | 4,700.00 | | | | 408 |
| | Dominic Iandoli | | 4,300.00 | | | | 405 |
| 12/10/24 | Jayoon Park | 3,200.00 | 1,600.00 | | | | 409 |
| | Nakgyun Im | | 1,600.00 | | | | 409 |
| 12/10/24 | Olivia J Baseman | 1,164.94 | 1,164.94 | | | | 206 |
| 12/11/24 | Lanningsmith Studio LLC | 7,500.00 | | 7,500.00 | | | 104 |
| 12/13/24 | Steven West | 9,731.79 | 1,072.34 | | | | 502 |
| | Cara Lee Sparry | | 959.45 | | | | 300 |
| | William J Balcom | | 1,750.00 | | | | 411 |
| | Hadley Potts | | 1,750.00 | | | | 411 |

| Date | Tenants Name | Total Income | Residential Inc | Commercial Inc | Other | Details | Unit # |
|---|---|---|---|---|---|---|---|
| | Amir Mustefa | | 4,200.00 | | | | 308 |
| 12/19/24 | Josef A Cohen | 4,125.00 | 3,750.00 | | 375.00 | Late Fee | 511 |
| 31/24 | Lanningsmith Studio LLC | 11,100.00 | | 7,500.00 | | | 104 |
| | RKO Studio Inc | | 3,600.00 | | | | 500 |
| | | 171,794.90 | 115,321.56 | 54,786.34 | 1,687.00 | | |

Wire Transfer
**25 Jay Street LLC**
DECEMBER, 2024

| Date | Tenants Name | Total Income | Residential Inc | Commercial Inc | Other | Details | Unit # |
|---|---|---|---|---|---|---|---|
| 12/02/24 | Dana Sass | 4,000.00 | 4,000.00 | | | WT in Alfie | 207 |
| 12/31/24 | Dana Sass | 4,200.00 | 4,200.00 | | | WT in Alfie | 207 |
| | | 8,200.00 | 8,200.00 | - | - | | |
| | Total | 179,994.90 | 123,521.56 | 54,786.34 | 1,687.00 | | |

# 25 JAY STRET LLC
## CASH DISBURSEMENTS JOURNAL
Bank Reconciliation as of December 31st, 2024

| PAYABLE TO | CHECK DATE | CHECK # | AMOUNT | Note |
|---|---|---|---|---|
| Kip Jacobs | 12/2/24 | 350258 | 400.00 | |
| Eddies Plumbing Supplies | 12/6/24 | 350259 | 170.93 | |
| Ayala Home Improvement Inc | 12/6/24 | 350260 | 880.00 | |
| Eastern Elevator of New York | 12/13/24 | 350261 | 9,199.94 | |
| Kip Jacobs | 12/20/24 | 350262 | 400.00 | |
| Johnny Reyes | 12/20/24 | 350263 | 800.00 | |
| Ayala Home Improvement Inc | 12/20/24 | 350264 | 2,480.00 | |
| Ayala Home Improvement Inc | 12/27/24 | 350265 | 1,860.00 | |
| Edge Fibernet Inc | 12/27/24 | 350266 | 49.72 | |
| Mr T Carting Corp | 12/27/24 | 350267 | 789.09 | |
| | | TOTAL CHECKS: | 17,029.68 | |

**25 JAY STRET LLC**
SCHEDULE OF OUTSTANDING CHECKS
Bank Reconciliation as of December 31st, 2024

| PAYABLE TO | CHECK DATE | CHECK # | AMOUNT | Outstanding |
|---|---|---|---|---|
| Podell, Schwartz, Schechter & Banfield LLP | 9/11/24 | 350225 | 475.00 | Outstanding |
| Edge Fibernet Inc | 12/27/24 | 350266 | 49.72 | Outstanding |

TOTAL OUTSTANDING CHECKS: 524.72



```
                                              Statement Period
                                              From December  01, 2024
                                              To   December  31, 2024
                                              Page     1 of     3

                                              PRIVATE CLIENT GROUP 133
                                              36-36 33RD STREET
                                              LONG ISLAND CITY, NY 11106


    25 JAY STREET LLC DIP              9-133
    DEBTOR IN POSSESION
    CASE # CASE NO. 23-44083 (ESS)
    77 BOX STREET
    BROOKLYN NY  11222         999              See Back for Important Information


                                      Primary Account:      29756       11
```

IMPORTANT NOTICE: EFFECTIVE AS OF APRIL 15, 2024, FLAGSTAR PRIVATE BANK (THE
"BANK") HAS UPDATED ITS PRIVACY NOTICE, CALIFORNIA CONSUMER PRIVACY ACT
DISCLOSURE NOTICE, AND ONLINE PRIVACY STATEMENT (COLLECTIVELY, THE "PRIVACY
DOCUMENTATION").

THE UPDATED PRIVACY DOCUMENTATION WILL REPLACE ALL PRIVACY DOCUMENTATION IN
EFFECT PRIOR TO APRIL 15, 2024. ON OR AFTER APRIL 15, 2024, PLEASE VISIT
HTTPS://WWW.FLAGSTAR.COM/PRIVATE-BANK/ABOUT-US/AGREEMENTS-AND-DISCLOSURES.
HTML TO VIEW THE FULL TEXT OF THE UPDATED PRIVACY DOCUMENTATION.

| Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| 9756 | BANKRUPTCY CHECKING | 376,905.95 | 471,913.46 |
| RELATIONSHIP | TOTAL | | 471,913.46 |

# flagstar

Statement Period
From December 01, 2024
To   December 31, 2024
Page    2 of    3

PRIVATE CLIENT GROUP 133
36-36 33RD STREET
LONG ISLAND CITY, NY 11106

25 JAY STREET LLC DIP                9-133
DEBTOR IN POSSESION
CASE # CASE NO. 23-44083 (ESS)
77 BOX STREET
BROOKLYN NY 11222         999          See Back for Important Information

Primary Account:    9756    11

BANKRUPTCY CHECKING            9756

Summary

| | |
|---|---|
| Previous Balance as of December 01, 2024 | 376,905.95 |
| 20 Credits | 175,794.90 |
| 13 Debits | 80,787.39 |
| Ending Balance as of December 31, 2024 | 471,913.46 |

Deposits and Other Credits

| | | |
|---|---|---|
| Dec 02 | REMOTE CAPTURE | 14,350.00 |
| Dec 03 | REMOTE CAPTURE | 661.00 |
| Dec 04 | REMOTE CAPTURE | 8,100.00 |
| Dec 04 | REMOTE CAPTURE | 11,358.11 |
| Dec 04 | REMOTE CAPTURE | 13,000.00 |
| Dec 04 | REMOTE CAPTURE | 13,647.00 |
| Dec 04 | ONLINE TRANSFER CREDIT ONLINE XFR FROM: XXXXXX3818 | 4,000.00 |
| Dec 05 | REMOTE CAPTURE | 4,500.00 |
| Dec 05 | REMOTE CAPTURE | 8,331.72 |
| Dec 06 | REMOTE CAPTURE | 3,250.00 |
| Dec 09 | REMOTE CAPTURE | 12,000.00 |
| Dec 09 | REMOTE CAPTURE | 13,015.00 |
| Dec 09 | REMOTE CAPTURE | 14,085.00 |
| Dec 09 | REMOTE CAPTURE | 18,675.34 |
| Dec 10 | REMOTE CAPTURE | 3,200.00 |
| Dec 11 | REMOTE CAPTURE | 1,164.94 |
| Dec 11 | REMOTE CAPTURE | 7,500.00 |
| Dec 13 | REMOTE CAPTURE | 9,731.79 |
| Dec 19 | REMOTE CAPTURE | 4,125.00 |
| Dec 31 | REMOTE CAPTURE | 11,100.00 |

# flagstar

```
                                              Statement Period
                                              From December  01, 2024
                                              To   December  31, 2024
                                              Page     3 of    3

                                              PRIVATE CLIENT GROUP 133
                                              36-36 33RD STREET
                                              LONG ISLAND CITY, NY 11106


          25 JAY STREET LLC DIP            9-133
          DEBTOR IN POSSESION
          CASE # CASE NO. 23-44083 (ESS)
          77 BOX STREET
          BROOKLYN NY   11222         999            See Back for Important Information


                                                 Primary Account:       9756        11
```

### Withdrawals and Other Debits                                                        60,000.00
Dec 02   OUTGOING WIRE
         REF#  20241202B6B7261F005131
         TO:   Midland Loan Services         ABA:
         BANK: PNC BANK, N.A.                ACCT:
         OBI:  Loan #030504908
         OBI:
         OBI:
Dec 23   AUTOMATED PAYMENT     ck/ref no.   2852519                                      2,417.69
         CON ED OF NY          CECONY       51689730003

### Checks by Serial Number
| Date | Serial | Amount | Date | Serial | Amount |
|---|---|---|---|---|---|
| Dec 10 | 350256 | 789.09 | Dec 24 | 350262 | 400.00 |
| Dec 09 | 350257 | 600.65 | Dec 24 | 350263 | 800.00 |
| Dec 09 | 350258 | 400.00 | Dec 23 | 350264 | 2,480.00 |
| Dec 09 | 350259 | 170.93 | Dec 30 | 350265 | 1,860.00 |
| Dec 09 | 350260 | 880.00 | Dec 31 | 350267 * | 789.09 |
| Dec 24 | 350261 | 9,199.94 | | | |

            * Indicates break in check sequence

### Daily Balances
| Date | Balance | Date | Balance |
|---|---|---|---|
| Nov 30 | 376,905.95 | Dec 11 | 464,903.39 |
| Dec 02 | 331,255.95 | Dec 13 | 474,635.18 |
| Dec 03 | 331,916.95 | Dec 19 | 478,760.18 |
| Dec 04 | 382,022.06 | Dec 23 | 473,862.49 |
| Dec 05 | 394,853.78 | Dec 24 | 463,462.55 |
| Dec 06 | 398,103.78 | Dec 30 | 461,602.55 |
| Dec 09 | 453,827.54 | Dec 31 | 471,913.46 |
| Dec 10 | 456,238.45 | | |