UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
In re:                                                                          Chapter 11

25 JAY STREET, LLC                                              Case No.: 23-44083


                                    Debtor
-------------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                                        ) ss.:
COUNTY OF NASSAU   )

    Angelique Filardi, being duly sworn, deposes and says:

    Deponent is not a party to the action, is over 18 years of age and resides in Plainview, New York.

    On February 13, 2025, deponent served a copy of the within **Operating Report – December 2024** by regular mail upon the parties listed on the annexed list at the addresses listed, said addresses designated for that purpose, by depositing a true copy of same enclosed in a post paid, properly address wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York by regular mail.


To:   * See Attached List *

_____
Angelique Filardi

Sworn to me this 13th
day of February, 2025

_____
NOTARY PUBLIC

STEVEN E. SHUMER
Notary Public, State of New York
No. 02SH5007184
Qualified in Suffolk County
Commission Expires January 25, 20 27

U.S. Trustee
United States Trustee
Alexander Hamilton Custom House
One Bowling Green, Room 510
New York, New York 10004

Matthew G. Summers, Esq.
Laurel D. Roglen, Esq.
Ballard Spahr, LLP
919 N. Market Street, 11th Floor
Wilmington, DE 19801