# Ballard Spahr LLP

919 North Market Street, 11th Floor
Wilmington, DE 19801-3034
TEL 302.252.4465
FAX 302.252.4466
www.ballardspahr.com

Matthew G. Summers
Tel: 302.252.4428
Fax: 302.252.4466
summersm@ballardspahr.com

April 4, 2025

*By Electronic Filing*

Honorable Elizabeth S. Stong
United States Bankruptcy Court
Eastern District of New York
271-C Cadman Plaza East
Brooklyn, New York 11201

Re:   25 Jay Street, LLC (Case No. 23-44083)

Dear Judge Stong:

This letter shall confirm that **all matters** in the above reference Chapter 11 case are **adjourned** from April 4, 2025, at 10:30 a.m. (ET) to **May 8, 2025, at 12:30 p.m. (ET)** before the Honorable Elizabeth S. Stong, United States Bankruptcy Judge at the United States Bankruptcy Court, Eastern District of New York (Brooklyn Division), 271-C Cadman Plaza East, Brooklyn, New York 11201, Courtroom #3585.

Respectfully submitted,

*/s/ Matthew G. Summers*

Matthew G. Summers

MGS/aap