*MONTHLY REPORT NOTES AND COMMENTS*

25 JAY STREET LLC
United States Bankruptcy Court for the Eastern District of New York
Case Number 23-44083 (ESS)

EXHIBIT A – Explanation to Questionnaire specifically Sections 1-9

4.      Did you pay your employees on time?

- There is one employee for this building, the superintendent, who has been paid on time.

**25 JAY STREET LLC**
**United States Bankruptcy Court for the Eastern District of New York**
**Case Number 20-44083 (ESS)**

<u>EXHIBIT B – Explanation to Questionnaire specifically 10-18</u>

15.    Have you borrowed money from anyone or has anyone made any payments on your behalf?

- The Debtor has borrowed no money other than the outstanding mortgage debt with Wells Fargo and the SBA Loan.

**25 JAY STREET LLC**
United States Bankruptcy Court for the Eastern District of New York
Case Number 20-44083 (ESS)

<u>EXHIBIT C – Total Monthly Cash Receipts</u>

| <u>Date</u> | <u>Tenant Name</u> | <u>Rental Income</u> | <u>Unit #</u> |
|------|------------|--------------|--------|
| | See itemization of Cash Receipts in the attached Bank Reconciliation Report | | |

```
                     ------------------
                     $193,076.95
                     ==========
```

NOTE:

**25 JAY STREET LLC**
United States Bankruptcy Court for the Eastern District of New York
Case Number 20-44083 (ESS)

<u>EXHIBIT D – Total Cash Disbursements</u>

| Date | Payee | Purpose | Amount |
|---|---|---|---|
| | See attached itemization of Cash Disbursement in Bank Reconciliation Report | | |

```
                                    -------------------
                                    $ 82,027.62
                                    ==========
```

NOTE:

**25 JAY STREET LLC**
**United States Bankruptcy Court for the Eastern District of New York**
**Case Number 20-44083 (ESS)**

EXHIBIT E – Current month unpaid bills

| Vendor Name | Purpose | Amount |
|---|---|---|
| See attached A/P Aging Schedule | | |
| | | $ 78,168.93 |

25 JAY STREET LLC
United States Bankruptcy Court for the Eastern District of New York
Case Number 20-44083 (ESS)

EXHIBIT F – Accounts receivable

| Date | Tenant Name | Total Rental Income | Unit # |
|------|-------------|---------------------|--------|

See attached accounts receivable schedule, which itemizes the total receivable due from tenants.

----------------
$ 71,751.69
=========

## ACCOUNTS RECEIVABLE

# Delinquent Tenants

As of 6/30/2025, Future/Current tenants

| Unit | Tenant | Last payment | Total | Aged balances | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | 0-30 days | 31-60 days | 61-90 days | 91+ days |
| **25 Jay Street LLC** | | | | | | | |
| 100 | Melville House Publishers ., c/o Valerie M erlans & Dennis Johnson | 18 days 6/12/2025 | 50.00 | 50.00 | 0.00 | 0.00 | 0.00 |
| 104 | Lanningsmith Studio LLC c/o Joshua Schw artz | 31 days 5/30/2025 | 1,461.54 | 1,461.54 | 0.00 | 0.00 | 0.00 |
| 206 | Mark A Veltman, Olivia Baseman | 20 days 6/10/2025 | 55.00 | 55.00 | 0.00 | 0.00 | 0.00 |
| 207 | Dana Sass | 52 days 5/9/2025 | 39,726.24 | 7,811.48 | 11,301.34 | 6,301.22 | 14,312.20 |
| 304 | Martin Bourne | 48 days 5/13/2025 | 23,879.98 | 1,996.16 | 1,996.16 | 1,996.16 | 17,891.50 |
| 307 | Keelan Boyle, Sarah Lotvin | 20 days 6/10/2025 | 2,030.87 | 2,030.87 | 0.00 | 0.00 | 0.00 |
| 308 | Amir Mustefa | 18 days 6/12/2025 | 2,117.43 | 2,117.43 | 0.00 | 0.00 | 0.00 |
| 412 | Carla Quinonez | 18 days 6/12/2025 | 350.00 | 350.00 | 0.00 | 0.00 | 0.00 |
| 502 | Steven West & Kathlin Argiro | 69 days 4/22/2025 | 2,055.63 | 1,015.16 | 1,015.16 | 25.31 | 0.00 |
| 511 | Josef A Cohen | 18 days 6/12/2025 | 25.00 | 25.00 | 0.00 | 0.00 | 0.00 |
| **Total for 25 Jay Street LLC** | | | **$71,751.69** | **$16,912.64** | **$14,312.66** | **$8,322.69** | **$32,203.70** |
| **Grand total for all properties** | | | **$71,751.69** | **$16,912.64** | **$14,312.66** | **$8,322.69** | **$32,203.70** |

Generated 07/06/2025 20:09:20

# Delinquent Tenants

As of 6/30/2025, Future/Current tenants

## Summary

| | | Aged balances | | | |
|---|---|---|---|---|---|
| Property | Total | 0-30 days | 31-60 days | 61-90 days | 91+ days |
| 25 Jay Street LLC | 71,751.69 | 16,912.64 | 14,312.66 | 8,322.69 | 32,203.70 |
| **Grand total for all properties** | **$71,751.69** | **$16,912.64** | **$14,312.66** | **$8,322.69** | **$32,203.70** |

Generated 07/06/2025 20:09:20

*ACCOUNTS PAYABLE*

12:10 PM

07/07/25

# 25 Jay Street LLC
## A/P Aging Summary
### As of June 30, 2025

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| Berger, Fishoff, Shumer, Wexler & Good... | 0.00 | 3,611.25 | 21.00 | 2,046.00 | 43,254.03 | 48,932.28 |
| Clinton Hill Hardware | 0.00 | 218.66 | 125.99 | 0.00 | 0.00 | 344.65 |
| GUMA Construction Corp. | 0.00 | 1,357.30 | 0.00 | 0.00 | 0.00 | 1,357.30 |
| Idi Magassa | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| KUCKER MARINO WINIARSKY & BITTEN... | 0.00 | 0.00 | 0.00 | 0.00 | 19,172.66 | 19,172.66 |
| LLoyd's Termite & Pest Control Inc. | 0.00 | 0.00 | 605.00 | 0.00 | 0.00 | 605.00 |
| NYC Water Board | 0.00 | 7,546.82 | 0.00 | 0.00 | 0.00 | 7,546.82 |
| Scarano Architects | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| The Sherwin Williams Co. | 210.22 | 0.00 | 0.00 | 0.00 | 0.00 | 210.22 |
| **TOTAL** | **210.22** | **12,734.03** | **751.99** | **2,046.00** | **62,426.69** | **78,168.93** |

# *BANK RECONCILIATION*

**25 JAY STREET LLC**
**FLAGSTAR BANK - OPERATING ACCOUNT**
Bank Reconciliation as of June 30th, 2025

| G/L # 10015 | | Acct Number: | 29756 |
|---|---|---|---|
| | | | |
| Balance per books  06/01/2025 | | | 294,455.97 |

| **CASH RECEIPTS** | | | 193,076.95 |
|---|---|---|---|
| Residential Tenant Receipts | | 127,104.22 | |
| Commercial Tenant Receipts | | 39,966.34 | |
| Security Depsoit | | | |
| Addt SD# 510 Kirac Sogutlu | | 200.00 | |
| Addt SD# 405 Dominic Iandoli | | 250.00 | |
| Addt SD# 505 Lemolab LLC | | 300.00 | |
| Last Month Rent | | - | |
| Utility Fee# 209 Farrah Rotman | | 100.00 | |
| Utility Fe# 413 Hannabeth Lagerloff | | 165.00 | |
| Property Tax | | - | |
| Property Tax# 102 The K9 Butcher LLC | | 2,035.60 | |
| Property Tax# 103 Bandit Studio LLC | | 1,280.45 | |
| Property Tax# 101 H.E.A.L NY LLC | | 10,000.00 | |
| Nationwide | | - | |
| Return Check# 100 Melville House Publishing LLC | | 11,675.34 | |
| RCF# 206 Olivia J Baseman | | - | |
| Late Fee | | - | |
| Late Fee# 406 Daniel Liss | | - | |
| Online Xfer from# 3641 - JES Property Management | | - | |
| Online Xfer from# 3818 - Alfie Hospitality Group | | - | |

| **CASH DISBURSEMENTS** | | | (82,027.62) |
|---|---|---|---|
| Checks # 350327- 350339 | | 8,346.45 | |
| NYS DTF PIT | | - | |
| NYC Buildings DOB | | - | |
| Edge Fibernet | | - | |
| Con Edison | | 1,995.83 | |
| Midland Loan Services (PNC) | | 60,000.00 | |
| Return Check# 100 Melville House Publishing LLC | | 11,675.34 | |
| Online Xfer to# 9588 - JT Capital | | - | |
| Returned Deposit Fee | | 10.00 | |

| **ADJUSTMENTS** | | | - |
|---|---|---|---|
| | | - | |

| | BALANCE PER BOOKS | 6/30/2025 | 405,505.30 |
|---|---|---|---|
| | Outstanding Checks | | 1,446.06 |
| | | | - |
| | ADJUSTED BALANCE: | 6/30/2025 | 406,951.36 |
| | BALANCE PER BANK | 6/30/2025 | 406,951.36 |

**25 JAY STRET LLC**
**CASH DISBURSEMENTS JOURNAL**
**Bank Reconciliation as of June 30th, 2025**

| PAYABLE TO | CHECK DATE | CHECK # | AMOUNT | Note |
|---|---|---|---|---|
| Kip Jacobs | 6/6/25 | 350327 | 400.00 | |
| Ayala Home Improvement Inc | 6/6/25 | 350328 | 2,000.00 | |
| Lloyd,s Termite & Pest Control Inc | 6/13/25 | 350329 | 385.00 | |
| Edge Fibertnet Inc | 6/13/25 | 350330 | 53.62 | |
| Eastern Elevator of New York | 6/13/25 | 350331 | 326.63 | |
| Clinton Hill Hardware | 6/13/25 | 350332 | 2,174.63 | |
| Kip Jacobs | 6/20/25 | 350333 | 400.00 | |
| Ayala Home Improvement Inc | 6/20/25 | 350334 | 440.00 | |
| Mr T Carting Corp | 6/20/25 | 350335 | 789.09 | |
| Safety Fire Sprinkler | 6/20/25 | 350336 | 979.88 | |
| Eastern Elevator of New York | 6/27/25 | 350337 | 326.63 | |
| Edge Fibertnet Inc | 6/27/25 | 350338 | 54.78 | |
| Kip Jacobs | 6/27/25 | 350339 | 16.19 | |

| | | | | |
|---|---|---|---|---|
| TOTAL CHECKS: | | | 8,346.45 | |

**25 JAY STRET LLC**
**SCHEDULE OF OUTSTANDING CHECKS**
**Bank Reconciliation as of June 30th, 2025**

| PAYABLE TO | CHECK DATE | CHECK # | AMOUNT | Outstanding |
|---|---|---|---|---|
| Kip Jacobs | 1/10/25 | 350272 | 68.58 | Outstanding |
| Safety Fire Sprinkler | 6/20/25 | 350336 | 979.88 | Outstanding |
| Eastern Elevator of New York | 6/27/25 | 350337 | 326.63 | Outstanding |
| Edge Fibertnet Inc | 6/27/25 | 350338 | 54.78 | Outstanding |
| Kip Jacobs | 6/27/25 | 350339 | 16.19 | Outstanding |

|  | TOTAL OUTSTANDING CHECKS: | | 1,446.06 |

Cash Receipt
## 25 Jay Street LLC
JUNE, 2025

| Date | Tenants Name | Total Income | Residential Inc | Commercial Inc | Other | Details | Unit # |
|------|--------------|--------------|-----------------|----------------|-------|---------|--------|
| 06/02/25 | Chloe Karmin | 4,200.00 | 4,200.00 | | | | 500 |
| | | | | | | | |
| 06/02/25 | Anup Daji | 5,471.72 | 3,750.00 | | | | 414 |
| | Nancy P Levy | | 1,721.72 | | | | 503 |
| | | | | | | | |
| 06/03/25 | Morgan R Tracy | 13,308.11 | 3,500.00 | | | | 200 |
| | David M Mendola | | 4,750.00 | | | | 201 |
| | Pedro Cruz | | 1,558.11 | | | | 202 |
| | William J Balcom | | 1,750.00 | | | | 411 |
| | Hadley Potts | | 1,750.00 | | | | 411 |
| | | | | | | | |
| 06/04/25 | Melville House Publishing LLC | 11,675.34 | | | 11,675.34 | Return Check | 100 |
| | | | | | | | |
| 06/04/25 | The K9 Butcher LLC | 12,015.60 | | | 2,035.60 | Property Tax | 102 |
| | The K9 Butcher LLC | | | 4,680.00 | | | 102 |
| | Kirac Sogutlu | | 5,100.00 | | 200.00 | Addt SD | 510 |
| | | | | | | | |
| 06/04/25 | Farrah Rotman | 11,915.00 | 3,250.00 | | 100.00 | Utility fee | 209 |
| | Joshua B Kitts | | 3,465.00 | | | | 403 |
| | Daniel Liss | | 5,100.00 | | | | 406 |
| | | | | | | | |
| 06/05/25 | Shay J Grimley | 4,685.00 | 4,685.00 | | | | 309 |
| | | | | | | | |
| 06/09/25 | Bandit Studio LLC | 8,280.45 | | 7,000.00 | 1,280.45 | Property Tax | 103 |
| | | | | | | | |
| 06/09/25 | Dominic Iandoli | 4,800.00 | 4,550.00 | | 250.00 | Addt SD | 405 |
| | | | | | | | |
| 06/10/25 | Nakgyun Im | 3,200.00 | 1,600.00 | | | | 409 |
| | Jayoon Park | | 1,600.00 | | | | 409 |
| | | | | | | | |
| 06/10/25 | Olivia J Baseman | 6,664.94 | 1,164.94 | | | | 206 |
| | Keelan G Boyle | | 5,500.00 | | | | 307 |
| | | | | | | | |
| 06/10/25 | Elizabeth Cathcart | 13,109.45 | 4,150.00 | | | | 204 |
| | Noinin E Gilbert | | 3,500.00 | | | | 205 |
| | Brian J Whiton | | 4,500.00 | | | | 208 |
| | Cara Lee Sparry | | 959.45 | | | | 300 |
| | | | | | | | |
| 06/10/25 | Callan M Jacobus | 16,515.00 | 3,600.00 | | | | 310 |
| | William C Canty | | 4,200.00 | | | | 407 |
| | Nicholas A Oxley | | 4,700.00 | | | | 408 |
| | Hannabeth Lagerlof | | 3,850.00 | | 165.00 | Utility Fee | 413 |
| | | | | | | | |
| 06/10/25 | Brooklyn Experience Lab LLC | 13,500.00 | | 3,350.00 | | | 301 |
| | Patrick J Gilligan | | 3,650.00 | | | | 305 |
| | Lemolab LLC | | 6,500.00 | | | | 505 |
| | | | | | | | |
| 06/12/25 | Amir G Mustefa | 12,050.00 | 4,200.00 | | | | 308 |
| | Carla Quinonez | | 3,500.00 | | | | 412 |
| | Josef A Cohen | | 3,750.00 | | | | 511 |
| | Lemolab LLC | | 300.00 | | 300.00 | Addt SD | 505 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 06/12/25 | Melville House Publishing LLC | 11,675.34 | | 11,675.34 | | 100 |
| | | | | | | |
| 06/12/25 | H.E.A.L NY LLC | 10,000.00 | | | 10,000.00 | Property Tax | 101 |
| | | | | | | |
| 06/20/25 | Corey L Cano | 3,650.00 | 3,650.00 | | | 402 |
| | | | | | | |
| 06/30/25 | Nicole c/o H.E.A.L | 13,261.00 | | 13,261.00 | | 101 |
| | | | | | | |
| 06/30/25 | David M Mendola | 13,100.00 | 4,750.00 | | | 201 |
| | Tianqi Sun | | 3,250.00 | | | 410 |
| | Kirac Sogutlu | | 5,100.00 | | | 510 |
| | | | | | | |
| | | | - - | | | - - |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | **Total** | 193,076.95 | 127,104.22 | 39,966.34 | 26,006.39 | |

**25 JAY STRET LLC**
**FLAGSTAR BANK - DIP**
Bank Reconciliation as of June 30th, 2025

| G/L # 10030 | | Acct Number: | 1566 |
|---|---|---|---|
| | | | |
| Balance per books  06/01/2025 | | | 134,233.10 |
| **CASH RECEIPTS** | | | 0.00 |
| Residential Tenant Receipts | | - | |
| Commercial Tenant Receipts | | - | |
| Security Deposit | | - | |
| Online Xfer from# 9756 - 25 Jay Street | | - | |
| | | | |
| **CASH DISBURSEMENTS** | | | 0.00 |
| Checks # 1010 | | - | |
| Overdraft Fee | | - | |
| Xfer to# 9837 - 77 Box Street Holding Co LLC | | - | |
| | | | |
| **ADJUSTMENTS** | | | - |
| | | - | |

| | | | |
|---|---|---|---|
| **BALANCE PER BOOKS** | 6/30/25 | | 134,233.10 |
| **Outstanding Checks** | | | 0.00 |
| **ADJUSTED BALANCE:** | 6/30/25 | | 134,233.10 |
| **BALANCE PER BANK** | 6/30/25 | | 134,233.10 |

**25 JAY STRET LLC**
**CASH DISBURSEMENTS JOURNAL**
Bank Reconciliation as of June 30th, 2025

| PAYABLE TO | CHECK DATE | CHECK # | AMOUNT | Note |
|---|---|---|---|---|
| | | | | |

| | | TOTAL CHECKS: | - |
|---|---|---|---|

**25 JAY STRET LLC**
**SCHEDULE OF OUTSTANDING CHECKS**
Bank Reconciliation as of June 30th, 2025

| PAYABLE TO | CHECK DATE | CHECK # | AMOUNT | Outstanding |
|---|---|---|---|---|
| | | | | Outstanding |
| | | | | |

TOTAL OUTSTANDING CHECKS:      -

*RENT ROLL*

## 25 JAY STREET BROOKLYN, NEW YORK
### CURRENT RENT ROLL
### As prepared June 30, 2025

| Unit Number | Tenant Name | | Unit Type | Monthly | Annual | Sq Ft | Lease Start | Lease End | $PSF |
|---|---|---|---|---|---|---|---|---|---|
| 100 | Melville House Publishers | | C | $11,675 | $140,104 | 1,898 | 03/01/15 | 02/28/25 | $73.82 |
| 101 | H.E.A.L LLC C/O Kimberly Atkinson | | C | $13,261 | $159,132 | 2,300 | 11/01/20 | 10/31/25 | $69.19 |
| 102 | The K9 Butcher LLC | | C | $4,500 | $54,000 | 2,000 | 05/01/24 | 04/30/29 | $27.00 |
| 103 | Bandit Studio LLC | | C | $7,000 | $84,000 | 2,746 | 09/01/17 | 08/31/25 | $30.59 |
| 104 | Lanningsmith Studio LLC | | C | $7,500 | $90,000 | 5,622 | 11/01/22 | 11/30/26 | $16.01 |
| **Totals 1st Floor  (4) Units** | | | | **$43,936** | **$527,236** | **14,566** | | | **$36.20** |
| 200 | Zachary Gibson & Morgan Tracy | | R | $3,500 | $42,000 | 600 | 12/01/24 | 11/30/25 | $70.00 |
| 201 | David Mendola | | R | $4,750 | $57,000 | 1,150 | 11/01/23 | 10/31/25 | $49.57 |
| 202 | Pedro Cruz & Katherine Gordan | * | R | $1,558 | $18,696 | 1,150 | 11/01/02 | LOFT | $16.26 |
| 204 | Elizabeth Cathcart | | R | $4,150 | $49,800 | 1,250 | 03/24/24 | 03/31/26 | $39.84 |
| 205 | Noinin Gilbert | | R | $3,700 | $44,400 | 1,320 | 06/01/23 | 05/31/26 | $33.64 |
| 206 | Olivia Baseman & Mark Allen Veltman | * | R | $1,165 | $13,980 | 1,450 | 01/01/06 | LOFT | $9.64 |
| 207 | Dana Sass | | R | $4,200 | $50,400 | 940 | 02/01/22 | 04/30/25 | $53.62 |
| 208 | Brian J Whiton | | R | $4,500 | $54,000 | 940 | 11/01/21 | 10/31/25 | $57.45 |
| 209 | Farrah Rotman | | R | $3,250 | $39,000 | 600 | 05/01/25 | 06/30/26 | $65.00 |
| **Totals 2nd Floor  (9) Units** | | | | **$30,773** | **$369,276** | **9,400** | | | **$39.28** |
| 300 | Cara Lee Sparry | * | R | $959 | $11,508 | 2,000 | 01/01/04 | LOFT | $5.75 |
| 301 | Marcus DePaula | | R | $3,350 | $40,200 | 1,400 | 03/15/14 | 03/31/25 | $28.71 |
| 304 | Martin Bourne - I'm Lucky Pierre | * | R | $1,946 | $23,352 | 1,800 | 01/01/02 | LOFT | $12.97 |
| 305 | Patrick Gilligan | | R | $3,650 | $43,800 | 600 | 02/28/25 | 02/28/26 | $73.00 |
| 307 | Keelan Boyle & Sarah Lotvin | | R | $5,500 | $66,000 | 1,200 | 09/01/24 | 08/31/25 | $55.00 |
| 308 | Amir Mustefa | | R | $4,200 | $50,400 | 900 | 07/01/24 | 06/30/25 | $56.00 |
| 309 | Shay Grimley, Ariella Arazi | | R | $4,685 | $56,220 | 900 | 07/01/22 | 06/30/25 | $62.47 |
| 310 | Callan Jacobus | | R | $3,600 | $43,200 | 600 | 06/01/25 | 05/31/26 | $72.00 |
| **Totals 3rd Floor  (8) Units** | | | | **$27,890** | **$334,680** | **9,400** | | | **$35.60** |
| 402 | Corey Cano | | R | $3,650 | $43,800 | 663 | 06/01/23 | 05/31/26 | $66.06 |
| 403 | Joshua Klitts | | R | $3,465 | $41,580 | 663 | 05/01/23 | 04/30/26 | $62.71 |
| 405 | Dominic Iandoli, Veronica Csak | | R | $4,550 | $54,600 | 1,000 | 06/01/22 | 05/31/26 | $54.60 |
| 406 | Daniel Liss | | R | $5,100 | $61,200 | 1,000 | 04/01/25 | 03/31/26 | $61.20 |
| 407 | Dung Tran | | R | $3,900 | $46,800 | 900 | 04/01/24 | 03/31/25 | $52.00 |
| 408 | Nicholas A. Oxley | | R | $4,700 | $56,400 | 1,104 | 07/01/20 | 07/31/25 | $51.09 |
| 409 | Nakguyn Im | | R | $3,200 | $38,400 | 662 | 09/01/13 | 07/31/25 | $58.01 |
| 410 | Miles Thresher | | R | $3,200 | $38,400 | 662 | 11/01/22 | 11/30/25 | $58.01 |
| 411 | William J Balcom & Hadley Potts | | R | $3,500 | $42,000 | 622 | 07/15/21 | 07/31/25 | $67.52 |
| 412 | Carla Quinonez | | R | $3,500 | $42,000 | 924 | 12/01/24 | 11/30/25 | $45.45 |
| 413 | Hannabeth Lagerlof | | R | $3,850 | $46,200 | 600 | 09/01/23 | 09/30/25 | $77.00 |
| 414 | Anup Daji | | R | $3,750 | $45,000 | 600 | 10/15/22 | 10/31/25 | $75.00 |
| **Totals 4th Floor  (12) Units** | | | | **$46,365** | **$556,380** | **9,400** | | | **$59.19** |
| 500 | * * * Vacant * * * | * | R | $0 | $0 | 1,280 | 10/01/11 | BUYOUT | $0.00 |
| 501 | Steven West & Kathlin Argiro | * | R | $965 | $11,580 | 1,410 | 01/01/14 | LOFT | $8.21 |
| 503 | Nancy Radloff | * | R | $1,723 | $20,676 | 1,410 | 10/01/06 | LOFT | $14.66 |
| 504 | Kip Frace Jacobs | | SUPER | $0 | $0 | 1,960 | SUPER'S UNIT | | $0.00 |
| 505 | Natalia Landowska | | R | $6,800 | $81,600 | 1,960 | 02/02/24 | 01/31/26 | $41.63 |
| 510 | Kirac Sogutlu | | R | $4,900 | $58,800 | 780 | 04/01/23 | 03/31/25 | $75.38 |
| 511 | Josef A Cohen | | R | $3,750 | $45,000 | 600 | 10/01/24 | 09/30/25 | $75.00 |
| **Totals Fifth Floor (6) Units** | | | | **$18,138** | **$217,656** | **9,400** | | | **$23.15** |
| **GRAND TOTALS:** | | | | **$167,102** | **$2,005,228** | **52,166** | | | **$38.44** |

Note:

* Denotes Loft Tenants, stabilized or below market rents
500 - New Tenant starts 2/10/2025 monthly rent $4,200 per month