**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re                                           :     Chapter 11
                                                :
25 JAY STREET, LLC,                             :     Case No. 23-44083 (ESS)
                                                :
                    Debtor.                     :     **Re: Docket No. 82, 103, and 104**
                                                :
---------------------------------------------------------------x

## DECLARATION OF ERIN L. WILLIAMSON OF BALLARD SPAHR LLP REGARDING VOTING AND TABULATION OF BALLOTS CAST ON THE LENDER'S CHAPTER 11 PLAN OF LIQUIDATION FOR 25 JAY STREET, LLC

I, Erin L. Williamson, declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am an associate attorney at Ballard Spahr LLP located at 919 N. Market Street, Floor 11, Wilmington, Delaware 19801. I am over the age of 18 years.

2. I submit this declaration (the "**Declaration**") with respect to the solicitation and tabulation of votes cast on the *Lender's Chapter 11 Plan of Liquidation for 25 Jay Street, LLC* (the "**Plan**") [Docket No. 82].[1]

3. In accordance with the *Disclosure Statement to Lender's Chapter 11 Plan of Liquidation for 25 Jay Street, LLC* (the "**Disclosure Statement**") [Docket No. 103] as approved by this Court's order on September 8, 2025 (the "**Disclosure Statement Order**") [Docket No. 104], all validly executed Ballots were to be submitted by first-class mail or overnight mail to my address of a record by October 2, 2025, at 4:00 p.m. (the "**Voting Deadline**").

4. Pursuant to the Disclosure Statement and Plan, only holders of Claims in the following Classes were entitled to vote (collectively, the "**Voting Classes**"):

| **Class** | **Description** |
|---|---|
| Class 1 | Allowed Secured Claim of Lender |
| Class 2 | SBA Claim |
| Class 3 | Other Secured Claims |

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Disclosure Statement Order (as defined above) and the Plan.

| Class 4 | General Unsecured Claims |
|---|---|

5. Only Wells Fargo Bank, National Association, as Trustee for the benefit of the registered holders of Benchmark 2020-B17 Mortgage Trust, Commercial Mortgage Pass-Through Certificates, Series 2020-B17 (the "**Lender**"), as the sole member of Class 1, submitted a validly executed Ballot by the Voting Deadline. The Lender voted to accept the Plan.

6. No other Ballots were received by the Voting Deadline.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: October 8, 2025  
Wilmington, Delaware

*/s/ Erin L. Williamson*  
Erin L. Williamson  
Associate Attorney  
Ballard Spahr LLP