UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re                                                                              Chapter 11

25 JAY STREET, LLC                                                     Case No: 23-44083

        Debtor
------------------------------------------------------------X

## STIPULATION AND ORDER EXTENDING ON CONSENT DEADLINE TO COMMENCE CONTESTED MATTER OR ADVERSARY PROCEEDING AGAINST JT CAPITAL INVESTORS, LLC; JES MANAGEMENT; ALFIE HOSPITALITY AND KIP JACOBS

This Stipulation is entered into and effective as of September 25, 2025, by and among the following: JT Capital Investors, LLC; JES Management; Alfie Hospitality and Kip Jacobs (collectively, the "Putative Defendants") and 25 Jay Street, LLC (the "Debtor") and Wells Fargo National Association, as Trustee (the "Lender").

## RECITALS

**WHEREAS**, the Debtor, 25 Jay Street, LLC, filed a voluntary petition under chapter 11 of title 11, United States Code (the "Bankruptcy Code") on November 7, 2023; and

**WHEREAS**, pursuant to Section 546(a)(1) of the Bankruptcy Code, the Debtor in possession or any other estate fiduciary or plan administrator if one is appointed or person authorized to act on the Debtor's behalf, has until November 7, 2025, in which to commence any action pursuant to Chapter 5 of the Bankruptcy Code to challenge or avoid any transfers by the Debtor to the Putative Defendants; and

**WHEREAS**, the Debtor is in discussions with the Lender regarding matters relating to potential challenges and the deadline for doing so, and through those discussions the Parties have conferred about extending the deadline for commencing any challenges and have consensually agreed to the extended deadline as set forth below in order to maintain the *status quo*; and

**WHEREAS**, the United States Trustee has no objection to the extension set out herein.

**NOW THEREFORE**, the Parties, subject to Bankruptcy Court approval, stipulate and agree to the following:

1. The Deadline for commencing any challenges or actions to avoid any alleged improper transfers by the Debtor to the Putative Defendants pursuant to Chapter 5 of the Bankruptcy Code, is hereby extended through and including February 28, 2026, solely for the Debtor or any Estate Fiduciary, if one is appointed, and solely to the extent of potential Challenges that can be brought pursuant to Chapter 5 of the Bankruptcy Code on behalf the Debtor's estate, including potential "preference" and "fraudulent transfer" actions on any available theories.

Dated: Syosset, New York
October 9, 2025

| | |
|---|---|
| BFSNG Law Group, LLP<br>6851 Jericho Turnpike, Suite 250<br>Syosset, New York 11791<br>*Attorneys for Debtor* | Ballard Spahr, LLP<br>919 N. Market Street, 11th Floor<br>Wilmington, DE 19801<br>*Attorneys for Wells Fargo* |
| s/Gary C. Fischoff<br>Gary C. Fischoff | s/Matthew Summers, Esq.<br>Matthew Summers, Esq. |
| s/Kip Jacobs<br>Kip Jacobs | |
| JT Capital Investors, LLC | 25 Jay Street LLC |
| s/Joseph Torres<br>By: Joseph Torres | s/Joseph Torres<br>By: Joseph Torres |

| | |
|---|---|
| JES Management | Alfie Hospitality |
| s/Joseph Torres | s/Joseph Torres |
| By: Joseph Torres | By: Joseph Torres |

*It is* SO ORDERED:



Dated: Brooklyn, New York
October 10, 2025

_____
Elizabeth S. Stong
United States Bankruptcy Judge