# Ballard Spahr
LLP

- - - - - - - - - - - - - - - - - - -
919 North Market Street, 11th Floor
Wilmington, DE 19801-3034
TEL 302.252.4465
FAX 302.252.4466
www.ballardspahr.com

Matthew G. Summers
Tel: 302.252.4428
Fax: 302.252.4466
summersm@ballardspahr.com

January 9, 2026

The Honorable Elizabeth S. Stong
United States Bankruptcy Court for the Eastern
District of New York
271-C Cadman Plaza East
Brooklyn, New York 11201

Re:    In re 25 Jay Street, LLC, Case No. 23-44083 (ESS)

Dear Judge Stong:

This firm represents Wells Fargo Bank, National Association, as Trustee, in the above-captioned bankruptcy case. The parties have reached a tentative settlement in principle, subject to documentation, execution, and my client obtaining formal internal approvals of the same. Accordingly, the parties request that the hearing/continued settlement conference scheduled for Monday, January 12, 2026, be adjourned to a date during the first week of February 2026.

We appreciate the Court's consideration.

Very truly yours,

*/s/ Matthew G. Summers*
Matthew G. Summers