

6851 Jericho Turnpike, Suite 250
Syosset, New York 11791
Ph: 516.747.1136 | Fax: 516.747.0382

2801 Emmons Avenue, Suite 104
Brooklyn, New York 11235
Ph: 718.934.8811 | Fax: 516.740.0887

Reply to Syosset Office

Heath S. Berger
Gary C. Fischoff
Peter J. Goodman
Andrew S. Nachamie
Robert L. Pryor
Steven E. Shumer

Karen Flanzenbaum
Dana Goldstein
Gaurav Mankotia
Brad A. Schlossberg
Randi E. Taub
Jennifer M. Vilca

Senior Counsel:

Jeffrey L. Wechsler
Joel G. Wexler

Of Counsel:

Mark E. Cohen

February 5, 2026

***Via ECF Only***
Honorable Elizabeth S. Stong
United States Bankruptcy Court
Eastern District of New York
271-C Cadman Plaza East
Brooklyn, New York 11201

Re: 25 Jay Street, LLC
Case No: 23-44083

Dear Judge Stong:

This letter shall serve to confirm that the status conference and all motions previously scheduled for January 12, 2026 regarding the above referenced matter, have been adjourned to **February 19, 2026 at 10:30 a.m.**

Respectfully,

Gary C. Fischoff

www.bfslawfirm.com
East Islip, New York | Centereach, New York
(by appointment only)