UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
In re                                                                              Chapter 11

25 JAY STREET, LLC                                              Case No: 23-44083

                            Debtor
----------------------------------------------------------X

## STIPULATION AND ORDER FURTHER EXTENDING ON CONSENT DEADLINE TO COMMENCE CONTESTED MATTER OR ADVERSARY PROCEEDING AGAINST JT CAPITAL INVESTORS, LLC; JES MANAGEMENT; ALFIE HOSPITALITY AND KIP JACOBS

This Stipulation is entered into and effective as of September 25, 2025, by and among the following: JT Capital Investors, LLC; JES Management; Alfie Hospitality and Kip Jacobs (collectively, the "Putative Defendants") and 25 Jay Street, LLC (the "Debtor") and Wells Fargo National Association, as Trustee (the "Lender").

### RECITALS

WHEREAS, the Debtor, 25 Jay Street, LLC, filed a voluntary petition under chapter 11 of title 11, United States Code (the "Bankruptcy Code") on November 7, 2023; and

WHEREAS, pursuant to Section 546(a)(1) of the Bankruptcy Code, the Debtor in possession or any other estate fiduciary or plan administrator if one is appointed or person authorized to act on the Debtor's behalf, has until November 7, 2025 in which to commence any action pursuant to Chapter 5 of the Bankruptcy Code to challenge or avoid any transfers by the Debtor to the Putative Defendants (the "Transfers"); and

WHEREAS, the Debtor is in discussions with the Lender regarding matters relating to potential challenges and the deadline for doing so, and through those discussions the Parties have conferred about extending the deadline for commencing any challenges and have consensually agreed to the extended deadline as set forth below in order to maintain the *status quo;* and

WHEREAS, on October 10, 2025 the Court entered a stipulation extending the time until February 28, 2026 for the Debtor-in-Possession or other estate fiduciaries or plan administrator, if one is appointed, to commence an action to avoid the Transfers; and

WHEREAS, the United States Trustee has no objection to the extension set out herein.

NOW THEREFORE, the Parties, subject to Bankruptcy Court approval, stipulate and agree to the following:

1. The Deadline for commencing any challenges or actions to avoid any alleged improper transfers by the Debtor to the Putative Defendants pursuant to Chapter 5 of the Bankruptcy Code, is hereby further extended through and including April 28, 2026, solely for the Debtor-in-Possession or any Estate Fiduciaries, or plan administrator, if one is appointed, and solely to the extent of potential Challenges that can be brought pursuant to Chapter 5 of the Bankruptcy Code on behalf the Debtor's estate, including potential "preference" and "fraudulent transfer" actions on any available theories.

Dated: Syosset, New York
~~December~~ ____, 2026

BFSNG Law Group, LLP
6851 Jericho Turnpike, Suite 250
Syosset, New York 11791
Attorneys for Debtor

_____
Gary C. Fischoff

_____
Kip Jacobs

Ballard Spahr, LLP
919 N. Market Street, 11th Floor
Wilmington, DE 19801
Attorneys for Wells Fargo

_____
Matthew Summers, Esq.

JT Capital Investors, LLC

By: _____

JES Management

By: _____

25 Jay Street LLC

By: _____

Alfie Hospitality

By: _____

**SO ORDERED:**