UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                        Chapter 11

     25 JAY STREET, LLC,                              Case No: 23-44083

                        Debtor.
-----------------------------------------------------------X

### STIPULATION AND ORDER ON CONSENT FURTHER EXTENDING DEADLINE  TO COMMENCE CONTESTED MATTER OR ADVERSARY PROCEEDING AGAINST JT CAPITAL INVESTORS, LLC; <u>JES MANAGEMENT; ALFIE HOSPITALITY; AND KIP JACOBS</u>

This Stipulation is entered into and effective as of February 12, 2026, by and among the following: JT Capital Investors, LLC; JES Management; Alfie Hospitality and Kip Jacobs (collectively, the "Putative Defendants") and 25 Jay Street, LLC (the "Debtor") and Wells Fargo National Association, as Trustee (the "Lender").

<u>**RECITALS**</u>

**WHEREAS**, the Debtor, 25 Jay Street, LLC, filed a voluntary petition under chapter 11 of title 11, United States Code (the "Bankruptcy Code") on November 7, 2023; and

**WHEREAS**, pursuant to Section 546(a)(1) of the Bankruptcy Code, the Debtor in possession or any other estate fiduciary or plan administrator if one is appointed or person authorized to act on the Debtor's behalf, has until November 7, 2025, in which to commence any action pursuant to Chapter 5 of the Bankruptcy Code to challenge or avoid any transfers by the Debtor to the Putative Defendants (the "Transfers"); and

**WHEREAS**, the Debtor is in discussions with the Lender regarding matters relating to potential challenges and the deadline for doing so, and through those discussions the Parties have conferred about extending the deadline for commencing any challenges and have consensually agreed to the extended deadline as set forth below in order to maintain the *status quo;* and

**WHEREAS**, on October 10, 2025, the Court entered a stipulation extending the time until February 28, 2026, for the Debtor-in-Possession or other estate fiduciaries or plan administrator, if one is appointed, to commence an action to avoid the Transfers; and

**WHEREAS**, the United States Trustee has no objection to the extension set out herein.

**NOW THEREFORE**, the Parties, subject to Bankruptcy Court approval, stipulate and agree to the following:

1. The Deadline for commencing any challenges or actions to avoid any alleged improper transfers by the Debtor to the Putative Defendants pursuant to Chapter 5 of the Bankruptcy Code, is hereby further extended through and including April 28, 2026, solely for the Debtor-in-Possession or any Estate Fiduciaries, or plan administrator, if one is appointed, and solely to the extent of potential Challenges that can be brought pursuant to Chapter 5 of the Bankruptcy Code on behalf the Debtor's estate, including potential "preference" and "fraudulent transfer" actions on any available theories.

Dated: Syosset, New York
February 12, 2026

BFSNG Law Group, LLP
6851 Jericho Turnpike, Suite 250
Syosset, New York 11791
*Attorneys for Debtor*

 /s/ Gary C. Fischoff
Gary C. Fischoff


 /s/ Kip Jacobs
Kip Jacobs

Ballard Spahr, LLP
919 N. Market Street, 11th Floor
Wilmington, DE 19801
*Attorneys for Wells Fargo*

 /s/ Matthew Summers
Matthew Summers, Esq.

JT Capital Investors, LLC

_/s/ Joseph Torres_____
By: Joseph Torres


25 Jay Street LLC

_____/s/ Joseph Torres_____
By: Joseph Torres


JES Management

_/s/ Joseph Torres_____
By: Joseph Torres


Alfie  Hospitality

_____/s/ Joseph Torres_____
By: Joseph Torres


**_IT IS_** SO ORDERED:




Dated: Brooklyn, New York
February 20, 2026

**Elizabeth S. Stong**
**United States Bankruptcy Judge**